Fill in this information to identify your case:

Debtor 1 __Terri__ __JoAnne__ __Kahla__
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number _____
(If known)

United States District Court
Southern District of Texas
**FILED**

NOV 1 0 2016

David J. Bradley, Clerk of Court

☑ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Brazos County Tax Assessor
Priority Creditor's Name
4151 County Park Ct
Number   Street
Bryan, TX 77802
City          State   ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2015

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

$2150.00   $2150.00   $

**2.2** IRS
Priority Creditor's Name
Internal Revenue
Number   Street
Service Center
Austin, TX 73301
City          State   ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2014

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

$450,000.00   $

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 14

Debtor 1 __Terri JoAnne Kahla__   Case number (if known) _____
         First Name  Middle Name  Last Name

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    | Total claim | Priority amount | Nonpriority amount

---

**IRS**
Priority Creditor's Name

**Ogden, UT 84201**
Number    Street

_____
City              State    ZIP Code

Last 4 digits of account number __ __ __ __    $ 3,136.00    $ _____

When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**IRS**
Priority Creditor's Name

**PO Box 7346**
Number    Street

**Philadelphia, PA**
**19101**
City              State    ZIP Code

Last 4 digits of account number __ __ __ __    $ 136,989.00 -    $ _____

When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**Texas Comptroller of Public Accounts**
Priority Creditor's Name

**PO Box 13528**
**Capitol Station**
**Austin, TX 78711**
City              State    ZIP Code

Last 4 digits of account number __ __ __ __    $ unknown    $ _____

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 16

Debtor 1   Terri JoAnne Kahla    Case number (if known) _____
         First Name   Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Texas Workforce Comission
Nonpriority Creditor's Name
101 E. 15th St
Number   Street
Austin, TX 48778
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2015

Total claim: unknown

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify unemployment

**4.2** Holscher Lipsey, Elmore, Poole
Nonpriority Creditor's Name
1021 University Dr E.
Number   Street
College Station, TX 77840
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2015

Total claim: $41,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify personal loan

**4.3** Theresa O'brien
Nonpriority Creditor's Name
1214 Sam Houston Ave (unit 3)
Number   Street
Huntsville, TX 77340
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 2014

Total claim: unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1  __Terri JoAnne Kahla__   Case number (if known) _____
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**Nonpriority Creditor's Name:** Vernon Kahla
**Number Street:** 103 E. Limit
**City State ZIP Code:** Madsonville, TX 77864

**Last 4 digits of account number** ___ ___ ___ ___   **unknown**
**When was the debt incurred?** 2014

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Divorce__

---

**Nonpriority Creditor's Name:** Todd Bremer & Lawson, Inc
**Number Street:** PO Box 36788
**City State ZIP Code:** Rock Hill SC 29732

**Last 4 digits of account number** 7 6 3 0   **$1830.53**
**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Vetennary Bill__

---

**Nonpriority Creditor's Name:** Wagnon Law Group
**Number Street:** 804 E. 27th St
**City State ZIP Code:** Bryan, TX 77803

**Last 4 digits of account number** ___ ___ ___ ___   **$4500.00**
**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Legal incomplete__

---

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page __4__ of __16__

IRS Dept of Treasury
Austin, TX 73301-0002

Hoelscher, Lipsey, Elmore, Poole
1021 University Dr E.
College Station, TX 77840

Kahla, Vernon Clyde
103 East Limits
Madisonville, TX 77864

J 5 202 Hwy39
Normangee, TX 77871

Iron Mountain
15333 Hempstead Rd
Houston, TX 77040

Freddie Mac
5000 Plano Pkwy
Carrollton, TX 75010

Mahindra
8001 Birchwood Ct
PO box 2000
Ste C
Johnson, IA

Money Key
3422 Old Capitol TrAIL
sTE 1613
Wilmington,DE 19808

Prosperity Bank
1500 N. Texas Ave
Bryan,TX 77803

Wells Fargo
1751 Molalla Ave
Oregon City, OR 97045

Sierra Lending
PO Box 647
Santa Ysebel, CA 92070

Seterus
14523 SW Millikan Way
Beaverton OR 97005

Shell
PO Box 183018
Columbus OH 43218-3018

TWC
101 E. 15th St Room 665
Austin,TX 78778-0001

Verizon Wireless
PO Box 4001
Acworth, GA 30101

National Credit , Inc
PO Box 263`4
Lehigh Valley, PA 18002

Quantum 3 Group
12006 98th Ave NE Ste 200
Kirkland, WA 98034

Wagnon Law Group
504 E. 27th ST
Bryan, TX 77803

TMD
403 n State Hwy 77
Rockdale, TX 75667

Tractor Supply
PO Box 390905
Minneapolis, MN 55439

National Payment Services
Mail Code OHI-1272
PO Box 182223
Columbus, OH 43218

Santander Consumer USA
PO Box 660633
Dallas, TX 76180

Producer's Co Op
1800 n Texas Avenue
Bryan TX 77803

Teresa O'Brien
51 Bird Farm Rd
Huntsville, TX 77320

Jack O'Boyle and Associates
PO Box 815369
Dallas TX 75381

Bjorn Corporation
9350 Country Rd. 19
Loretto, MN 55357

Braxton Printing
808 E. Villa Maria Rd.
Bryan, TX 77802

Brazos Valley Stump Grinding
5100 Enchanted Oaks Drive
College Station, TX 77845

Brazos Valley Welding
1359 N. Harvey Mitchell Pkwy
Bryan, TX 77803

Brighttree LLC
1735 North Brown Rd. Ste. 500
Lawrenceville, GA 30043

Brown & Fortunado
9055 Fillmore St.
Amarillo, TX 79101

Bryan 800
3100 Groesbeck St.
Bryan, TX 77803

Bryan Broadcasting
2700 Earl Rudder Fwy # 5000
College Station, TX 77845

Bryan MOB Partners
9330 Amberton Pky
Dallas, TX 75243

CACH LLC
PO Box 4198
Englewood, CO 80155

Caddis Real Estate
5910 N Central Expy # 200

Dallas, TX 75206

Capital One Bank
PO Box 71083
Charlotte, NC 28272

CBA Collection Bureau
25954 Eden Landing Rd.
Haward, CA 94545

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Check & Go
7755 Montgomery Rd. Ste 400
Cinncinati, OH 45236

Credit One Bank
PO Box 385908
Minneapolis, MN 55438

Chase Bank
875 N. State
Westerville, OH 43082

Chrysler Capital
PO Box 660335
Dallas, TX 75266 - 0335

Chevron
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Clark Isenhour
3828 S. College Ave
Bryan, TX 77801

Collect Pros
12924 Pierce St. Ste 101
Pacoima, CA 91331

Company Mileage

15441 Knoll Trail Ste 260
Dallas, TX 75248

Complete Payment Recovery
Attn TA09 1160 Roosevelt Blvd
St. Petersburg, FL 33716

Compliance Team
PO Box 160 905 Sheble Lane Ste 102
Springhouse, PA 19477

County Of Brazos
4151 County Park Ct.
Bryan, TX 77802

CTWP
410 Villa Maria Rd.
Bryan, TX 77801

Davis Fire Equipment
1140 Finfeather Rd.
Bryan, TX 77803

Direct Promotions
29395 Agoura Rd. # 207
Agoura Hills, CA 91301

Direct TV
PO Box 105261
Atlanta, GA 30348

Dish Network
PO Box 94063
Palatine, IL 60094

Elgin Vet Hospital
600 US290
Elgin, TX 78621

Emerson Law
1055 Whitney Ranch Drive # 120
Henderson, NV 89014

Exxon Mobil
PO Box 688938
Desmoines, IA 50368

Farrow Med
801 N. Bryan Ave
Bryan, TX 77803

Financial Account Services
8300 Kingston Pike
Knoxville, TN 37919

First Bankcard Center
PO Box 2340
Omaha, NE 68103

First Choice Medical Supply
127 Interstate Dr.
Richland, MS 39218

FMS Inc.
4915 S. Union Ave
Tulsa, OK 74107

Frankey's Food Mart
2801 Texas Ave S.
College Station, TX 77845

Freedom Pools
1201 Todd Trail
College Station, TX 77845

GB Collection LLC
145 Bradford Dr
West Berlin, NS - 08091 44087

Guardian
PO Box 254888
Sacramento, CA 95865

Healthcare Collections
2224 W. Northern Ave
Phoenix, AZ 85021

Hospital Media Associates
506 W. Mesquite St.
Dublin, TX 76446

IDC Services Inc.
PO Box 10
Pendleton, IN 46064

Ideal Marketing Group
100 Crescent Rd.
Needham, MA 02494

Ivaris Ability Network
100 N 6th St Ste 900A
Minneapolis, MN 55403

JA Blackmoon
PO Box 2392
Middleburg, FL 32050

Jerry Neagle
55 Waugh Dr
Houston, TX 77007

Julius Zorn
3690 Zorn Dr
Cuyahoga Falls, OH 44223

JVS Group
4288 Nutmeg Rd.
Gilmer, TX 75644

Kinnsa Software
2600 Via Fortuna # 150
Austin, TX 78746

CORNERSTONE RECORDS MANAGEMENT
PO BOX 791361
BALTIMORE, MD  21279

COUFAL PRATER
3110 HWY 21 WEST
BRYAN, TX  77803

COUNTY OF BRAZOS
C/O MCCREARY, VESLKA, BRAGG & ALLEN, PC
700 JEFFREY WAY, SUITE 100
PO BOX 1269
ROUND ROCK, TX  78680

COUNTY OF BRAZOS
4151 COUNTY PARK COURT
BRYAN, TX  77802-1430

CTWP
3730 FRANKLIN AVE
WACO, TX  76710-7385

DAVIS FIRE EQUIPMENT
1140 FINFEATHER RD
BRYAN, TX  77803

DEANS AIR CONDITIONING & REFRIGERATION
PO BOX 575
NORMANGEE, TX  77871

DEBORAH SMITH
404 E HILL
NAVASOTA, TX  77868

DEMATRICE SNEED
2300 LONGMIRE DR APT H
COLLEGE STATION, TX  77840

DIRECT PROMOTIONS
24009 VENTURA BLVD SUITE 99
CALABASAS, CA  91302

DIRECT TV
PO BOX 78626
PHOENIX, AZ  85062-8626

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH  43054-3025

DISH NETWORK
PO BOX 94063
PALATINE, IL  60094

DSNB MACYS
9111 DUKE BLVD
MASON, OH  45040

ELGIN VETERINARY HOSPITAL
PO BOX 629
ELGIN, TX  78621

ENERSON LAW
250 BISHOPS WAY SUITE 300
BROOKFIELD, WI  53005

ENTERGY
PO BOX 8104
BATON ROUGE, LA  70891-8104

ESTHER SEBESTA
PO BOX 366
SNOOK, TX  77878

EXXONMOBIL
PO BOX 639
PORTLAND, ME  04104

FALICIA PITTS
2012 CEDARWOOD DR
BRYAN, TX  77807

FARROWMED
801 N BRYAN AVE
BRYAN, TX  77803

FINANCIAL ACCOUNTS SERVICE
PO BOX 11567
KNOXVILLE, TN  37939

FIRST BANKCARD CENTER
PO BOX 2557
OMAHA, NE  68103

FIRST CHOICE MEDICAL SUPPLY
127 INTERSTATE DR
RICHLAND, MS  39218

FIRST NAT'L BANK OF ANDERSON
PO BOX 159
ANDERSON, TX  77830

FLORA A DUKE
2929 STEVENS DR SPC 129
BRYAN, TX  77803

FMS INC
PO BOX 707600
TULSA, OK  74170

FREEDOM POOLS
1201 TODD TRAIL
COLLEGE STATION, TX  77845

GB COLLECTS LLC
145 BRADFORD DR
WEST BERLIN, NJ  08091

GURADIAN
PO BOX 8012
APPLETON, WI  54912

HLTHCARE COL
PO BOX 82910
PHOENIX, AZ  85071

IDC SERV CO
PO BOX 1925
CULVER CITY, CA  90232

INTERNAL REVENUE SERVICE***
P O BOX 7317
PHILADELPHIA, PA  19101-7317

IVANS ABILITY NETWORK INC
DEPT 33
PO BOX 850001
ORLANDO, FL  32885

JA BLACKMON
PO BOX 548
FRANKLIN, TX  77856

JOSH RAMIREZ
2904 HORSEBACK
COLLEGE STATION, TX  77845

JVS GROUP
4288 NUTMET RD
GILMER, TX  75644

KINNER SOFTWARE
2600 VIA FORTUNA DR SUITE 150
AUSTIN, TX  78746

SANTANDER CONSUMER USA INC
DBA CHRYSLER CAPITAL
PO BOX 961278
FORT WORTH, TX  76161

FRANKYS FOOD MART
2801 TEXAS AVE SOUTH
COLLEGE STATION, TX  77845

FULTZ & FULTZ
PO BOX 868
NAVASOTA, TX  77868

GECRB/CHEVRON
PO BOX 103104
ROSWELL, GA  30076

HATTIE GREEN
3001 ALABAMA
BRYAN, TX  77803

HOSPITAL MEDIA ASSOCIATES
PO BOX 338
DUBLIN, TX  76446

IDEAL MARKETING GROUP
PO BOX 141416
IRVING, TX  75014

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY  10087

J5 TRACTORS INC
202 HWY 39 SOUTH
NORMANGEE, TX  77871

JERRY W NEAGLE
13910 CHAMPIONS FOREST DR SUITE 201
HOUSTON, TX  77069

JULIUS ZORN INC
PO BOX 1088
CUYAHOGA FALLS, OH  44223

KATIE LIDELL
C/O WAGNON LAW GROUP PLLC
504 E 27TH STREET
BRYAN, TX  77803

MAHINDRA FINANCE USA LLC
PO BOX 2000
JOHNSTON, IA  50131-0020

TEXAS EQUINE HOSPITAL
13688 SOUTH STATE HWY 6
BRYAN, TX  77807

038533     7310403857103 8

Credit Matrix
Kahla, Terri J.
Case #16-35367

American Express
PO Box 650448
Dallas, TX 75265

American Express
4315 2700W
Salt LAke City, UT 84184

ARM Solutions
PO Box 2929
Camarillo, CA 93011

ADT
1 Town Center
Boca Roton FL 33486

Aggieland Climate Control
2609 Clearwater Ct
College Station, TX 77845

Airgas USA
4700 Elmo Weedon Rd. #113
College Station, TX 77845

Applied Card BAnk
PO Box 70165
Philadelphia, PA 19176

Avinex
1400 University Dr E.
College Station, TX 77840

Ace Cash Express
3304 East 29th St
Bryan, TX
77802

Ally Financial
PO Box 380901
Bloomington, MN 55438

Barone Veterinary Clinic
1538 I-49 Frontage Rd
Sunset,LA 70584

Benuck & Rainey
221 Old Concord Turnpike
Barrington, NH 03825

Binford Insect Control
1224 S. College
Bryan,TX 77803

Beard Navasota Vet Clinic
8176 Tx 90
Navasota,TX 77868

Bank of Anderson
9501 Hwy 6
Navasota, Tx 77868

BBVA Compass
PO Box 10185
Bloomington, MN 55438

Discover Card
PO Box 30395
Salt LAke City UT 84130

First National Bank of Omaha
1620 Dodge St
Omaha, NE 68197

Heritage Place
2829 South MacArthur Blvd
Oklahoma City OK 73128

Debtor 1 _____   Case number (if known)_____
       First Name      Middle Name      Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ 0 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. | $ 465,000.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ unknown |
|  | 6e. Total. Add lines 6a through 6d. | 6e. | $ 465,000.00 + unknown |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ 0 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 unknown |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 41,000.00 + unknown |
|  | 6j. Total. Add lines 6f through 6i. | 6j. | $ 41,000.00 + unknown |

Fill in this information to identify your case:

Debtor: Terri JoAnne Kahla
First Name / Middle Name / Last Name

Debtor 2
(Spouse if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number
(If known) _____

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name / Number Street / City State ZIP Code | |
| 2.2 Name / Number Street / City State ZIP Code | |
| 2.3 Name / Number Street / City State ZIP Code | |
| 2.4 Name / Number Street / City State ZIP Code | |
| 2.5 Name / Number Street / City State ZIP Code | |

Official Form 106G            Schedule G: Executory Contracts and Unexpired Leases            page 1 of 2

Debtor 1 _____ _____ _____  Case number (if known)_____
         First Name       Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |

2.2
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____

2._
Name _____
Number _____ Street _____
City _____ State ___ ZIP Code _____